# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-755
Lower Tribunal No. 09-11490
_____

**Peter M. Vita,**
Appellant,

vs.

**Michael Alan Stern, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Rosa I. Rodriguez, Judge.

Lindsey M. Tenberg, P.A. (Lighthouse Point), for appellant.

Shearin & Kahn, LLC, and Zachary L. Catanzaro (Boca Raton), for appellee Steve Berke.

Before SUAREZ, C.J., and LAGOA and SCALES, JJ.

SCALES, J.

Appellant Peter Vita ("Vita") appeals two final judgments entered by the trial court: Order Granting Third Party Bidder Steven Berke's Motion for Writ of Possession ("Possession Order") and Order Upon Third Party Purchaser's Motion for Payment of Rent ("Payment Order"). In his appeal, Vita challenges these two final orders by asserting three distinct issues: (i) the trial court failed to properly determine Vita's tenancy status; (ii) the trial court erred by granting a double remedy; and (iii) the trial court erred in entering the Payment Order against his wife, Kimberly Vita.

As to the first and second issues on appeal, we affirm without further discussion. As to the third issue on appeal, Vita asserts that the trial court lacked jurisdiction over Vita's wife, and therefore erred by including her in the Payment Order as if she were a defendant. We agree. Because Kimberly Vita was never named in the lawsuit and never received service of process, the trial court did not acquire jurisdiction to enter a judgment against her. See Synchron, Inc. v. Kogan, 757 So. 2d 564, 565 (Fla. 2d DCA 2000).

We reverse the Payment Order and remand for the entry of a revised payment order that omits Kimberly Vita. We affirm the Payment Order and the Possession Order in all other respects.

Affirmed in part; reversed in part.